AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DEXTER SCOTT and ALVIN TYLER,<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 20-6472-HUNT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____September 25, 2020____ in the county of ____Broward____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 924(c) | On or about September 25, 2020, in Broward County, in the Southern District of Florida, the defendants, DEXTER SCOTT and ALVIN TYLER, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1); and did knowingly possess a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c). |

This criminal complaint is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

____Elizabeth Morales, Special Agent, ATF____
*Printed name and title*

by telephone
Sworn to before me and signed in my presence.

Date: ____09/26/2020____

_____
*Judge's signature*

City and state: ____Fort Lauderdale, Broward County, FL____     ____Patrick M. Hunt, United States Magistrate Judge____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Elizabeth Morales, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7) and have served as an ATF Special Agent since 2002. I am currently assigned to ATF-Fort Lauderdale. As part of my duties as an ATF Special Agent, I am responsible for investigations of violations of Federal laws, including those pertaining to firearms. I have received specific training in the areas of firearms, explosives, narcotics, and gangs. I have taught courses pertaining to firearms trafficking to ATF Agents in firearm trafficking classes. I have conducted numerous investigations involving illegal firearms, gangs, violent crime, and narcotics trafficking activities.

2. This affidavit is submitted in support of a criminal complaint which charges Dexter SCOTT ("SCOTT") and Alvin TYLER ("TYLER") with knowingly possessing with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and knowingly possessing a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

3. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts I believe are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of arrest warrants for SCOTT and TYLER for the above-described criminal violations.

1

## PROBABLE CAUSE

4. The Broward Sheriff's Office ("BSO") Gang Unit identified Dexter SCOTT as a Zo Mafia Family ("ZMF") gang member engaging in the distribution of heroin. On August 26, 2020, BSO Det. Halleran arranged a meeting with SCOTT via a series of recorded telephone calls contacting SCOTT on telephone number (561) 201-1375. Det. Halleran ordered two (2) grams of Heroin from SCOTT. SCOTT arrived at the meet location, in West Park, FL, in a Black Nissan Altima and met with Det. Halleran and BSO Det. E. Perez, who were both acting in an undercover capacity. SCOTT delivered approximately 2.54 grams of suspected heroin to Det. Halleran. The suspected heroin tested (field) positive for fentanyl. Audio/Video equipment failed during the actual exchange. On August 31, 2020, Det. Perez, acting in an undercover capacity, arranged a meeting with SCOTT via a series of recorded phone calls/text messages. Det. Perez met with SCOTT in West Park, FL in a warehouse area and purchased approximately 2.54 grams of suspected heroin from SCOTT. The suspected heroin tested (field) positive for fentanyl. SCOTT arrived again to the meet location in a Black Nissan Altima. Audio/video equipment failed again during the actual transaction. On September 10, 2020, Det. Perez contacted SCOTT at the same phone number and ordered fourteen (14) grams of heroin from SCOTT for the following day. On September 11, 2020, the BSO Gang Unit was able to identify a residence for SCOTT located at an apartment at 5911 SW 41sr Street, Davie, FL and established surveillance on the apartment building and the Black Nissan Altima previously driven by SCOTT to the previous two narcotics purchases. Det. Perez then contacted SCOTT at the same telephone number, and SCOTT indicated he was "bagging it up now". Surveillance observed SCOTT exit his vehicle and go inside the apartment building. Approximately four minutes later, SCOTT exited his apartment building and entered his Black Nissan Altima. SCOTT provided Det. Perez with the address of 5397 Orange

Drive in Davie, FL to conduct the transaction. SCOTT met with Det. Perez in the parking lot inside Det. Perez's vehicle and provided approximately 15.5 grams of suspected heroin. The suspected heroin was tested (field) positive for fentanyl. Audio/video equipment captured this transaction. On September 23, 2020, Det. Perez contacted SCOTT at the same phone number and ordered twenty-eight (28) grams of suspected heroin from SCOTT. Law enforcement personnel established surveillance of SCOTT's apartment building again. Law enforcement personnel observed SCOTT exit his residence and enter a white Toyota SUV bearing Florida tag NFNE80. SCOTT requested to meet Det. Perez at the same location of 5397 Orange Drive, Davie, FL. Det. Perez waited at the location. As SCOTT approached the location, he called Det. Perez and moved the meeting location to the next street. Det. Perez met with SCOTT in the roadway at 4211 SW 53rd Avenue, Davie, FL. Det. Perez purchased approximately 30.89 grams of suspected heroin from SCOTT. The suspected heroin tested (field) positive for fentanyl. SCOTT was driving the aforementioned white Toyota SUV, and an individual later identified as Tibias Hair remained in the passenger seat for the duration of the transaction. Audio/video equipment captured this transaction. All of the narcotics purchased from SCOTT have been submitted to the BSO lab for analysis.

5. On September 25, 2020, the BSO Gang and VIPER Units prepared to arrest SCOTT pursuant to a State Arrest Warrant issued for unlawful delivery of a controlled substance (fentanyl) to an undercover officer. Once surveillance units were in place, a BSO Gang Unit Detective made contact with SCOTT via telephone and ordered an ounce of heroin. A Hollywood Police Department detective, acting in an undercover capacity, observed SCOTT and Alvin TYLER exit SCOTT'S apartment located at 5911 SW 41st Street, Apartment B5, Davie, FL 33314. Law enforcement personnel observed SCOTT with a bag in his hand as he walked to a white Toyota

SUV. Once SCOTT and TYLER entered the vehicle, detectives from the BSO Viper Unit approached the vehicle. SCOTT exited the vehicle and fled on foot. Law enforcement personnel took SCOTT into custody after a short foot pursuit. Law enforcement personnel arrested TYLER as he exited the vehicle. Law enforcement personnel observed a firearm in TYLER's waistband area and subsequently recovered a loaded, Glock, 9mm semi-automatic pistol bearing serial number BHZF921 with seventeen (17) rounds of 9mm ammunition. In plain view in the open center console of the Toyota SUV, law enforcement personnel observed and recovered a clear plastic bag containing approximately forty (40) grams of a controlled substance which tested (field) positive for fentanyl. The plastic bag in which the fentanyl was recovered was consistent with the bag law enforcement observed in SCOTT'S hand as he walked to the vehicle. Law enforcement personnel then obtained a State search warrant for 5911 SW 41st Street, Apartment B5, Davie, FL 33314. Inside the kitchen drawer of the residence was a Glock plastic box marked Glock Model G5, serial number BHZF921 (the same serial number on the firearm retrieved from TYLER's waistband). Inside that same kitchen drawer, law enforcement personnel also recovered a Walther P22, .22 caliber semi-automatic pistol bearing serial number L078674. In an adjacent kitchen drawer, law enforcement personnel recovered approximately ninety-eight (98) grams of heroin and fentanyl. Law enforcement personnel also recovered approximately forty-seven (47) grams of cocaine and approximately sixteen (16) grams of marijuana throughout the residence. Law enforcement personnel recovered approximately eighty-two (82) rounds of various ammunition throughout the residence. Law enforcement personnel also recovered a Glock, Model 27, 9mm semi-automatic pistol bearing serial number REC114 under a pile of clothing in the living room area of the residence. Law enforcement personnel recovered multiple identification cards bearing SCOTT's name and photo from inside the residence as well as a copy of SCOTT's birth

certificate. Law enforcement personnel recovered TYLER's driver's license inside a jacket found in the aforementioned pile of clothing.

6. Prior to September 25, 2020, SCOTT has felony convictions for possession with intent to distribute cocaine, aggravated battery, robbery, tampering with a witness, being a felon in possession of a firearm, and possession of marijuana with intent to distribute; and TYLER has multiple felony convictions for being a felon in possession of a firearm.

7. Based on the foregoing facts, I submit there is probable cause to believe SCOTT and TYLER knowingly possessed with intent to distribute and distributed a controlled substance, in violation of Title 21, United States Code 841; and knowingly possessed a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

SPECIAL AGENT ELIZABETH MORALES
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Subscribed and sworn before me by telephone
this 26th day of September 2020.

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

5