U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 20-mj-6472-HUNT

**UNITED STATES OF AMERICA**

Inmate Name: DEXTER SCOTT

v.

Inmate #: BSO Arrest Number: 502001551/ DOB: 07/30/1986

DEXTER SCOTT                    /

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   ANY UNITED STATES MARSHAL, and

   WARDEN, Broward County Main Jail

It appearing from the petition of the United States of America that the defendant in the above case,

DEXTER SCOTT is confined in the Broward County Main Jail at 555 SE 1st Ave, Ft. Lauderdale, FL 33301 and that this case is set for an Initial Appearance as to the defendant at UNITED STATES DISTRICT COURT, 299 East Broward Blvd., Room 205E, Fort Lauderdale, FL 33301 Ft. Lauderdale, FL 33301, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of DEXTER SCOTT now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Blvd., Room 205E, Fort Lauderdale, FL 33301 by or before, 11:00 A. M., on Monday, October 5, 2020 for a Initial Appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Broward County Main Jail at 555 SE 1st Ave, Ft. Lauderdale, FL 33301 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Fort Lauderdale Florida, this 28th day of September, 2020

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (AUSA BROWN                    )
   U.S. Marshal (3 certified copies)
   Chief Probation Officer